**<u>Exhibit A</u>**

**RREF's Order to Show Cause**

(See attached.)

|  |  |
|---|---|
|  | At IAS Part ___ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse at 60 Centre Street, New York, NY, on the ___ day of ____, 2021 |

PRESENT: _____
                              J.S.C.

RREF III STORAGE LLC,

                 Plaintiff,

    v.

NATIN PAUL,

                 Defendant.

Index No. 652558/2021

Justice Andrea Masley
Part 48

Motion Sequence No. 002

**Oral Argument Requested**

## ORDER TO SHOW CAUSE REGARDING PLAINTIFF RREF III STORAGE LLC'S APPLICATION FOR AN ORDER OF ATTACHMENT

UPON reading (i) the annexed Affirmation of Joel C. Haims in Support of Plaintiff's Application for an Order of Attachment, dated June 22, 2021; (ii) the Affidavit of Michael Winston in Support of Plaintiff's Application for an Order of Attachment, sworn to June 22, 2021, together with the exhibits annexed thereto; (iii) the Memorandum of Law in Support of Plaintiff's Application for an Order of Attachment of Defendant's Membership Interests in GVS-Affiliated Companies, dated June 22, 2021, and upon all the pleadings and proceedings heretofore had herein, and sufficient cause being alleged therefor, it is:

ORDERED that Defendant show cause at a hearing before this Court at IAS Part 48, Room 242, of the courthouse located at 60 Centre Street, New York, New York, on the ___ day of _____, 2021 at ___ o'clock A.M/P.M. or as soon thereafter as counsel can be heard, why an Order of Attachment should not be entered pursuant to CPLR 6201(1) against the assets of the Defendant and any interest he may have in any personal property or any debt owed to him

2

situated in the State of New York, including but not limited to his membership interest in World Class Holding Company, LLC and World Class Management, LLC, and all assets they control; and it is further

ORDERED that a copy of this Order to Show Cause be served upon Defendant by service on Defendant's counsel, Y. David Scharf and Latisha Thompson, Morrison Cohen LLP, 909 Third Avenue, New York, New York 10022, by e-filing via NYSCEF, together with the papers upon which it is granted, on or before ____ A.M./P.M. on _____, 2021, and that such shall constitute due and sufficient service thereof; and it is further

ORDERED that opposition papers, if any, shall be served upon Plaintiff by service on Plaintiff's counsel, Joel C. Haims, Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019, by e-filing via NYSCEF, on or before ____ A.M./P.M. on _____, 2021, and that such shall constitute due and sufficient service thereof; and it is further

ORDERED that oral argument on this application will take place on the __ day of _____, 2021 at __ A.M./P.M. before Justice Andrea Masley, at IAS Part 48, Room 242, of the courthouse located at 60 Centre Street, New York, New York.

ENTER:

_____

Hon. Andrea Masley J.S.C.